| | |
|---|---|
| 1 | **MILBERG LLP** |
| | DAVID AZAR (SBN 218319) |
| 2 | dazar@milberg.com |
| | One California Plaza |
| 3 | 300 S. Grand Avenue, Suite 3900 |
| | Los Angeles, California 90071 |
| 4 | Telephone: (213) 617-1200 |
| | Facsimile:  (213) 617-1975 |
| 5 | |
| | **BRODSKY & SMITH, LLC** |
| 6 | EVAN J. SMITH (SBN 242352) |
| | 9595 Wilshire Blvd., Ste. 900 |
| 7 | Beverly Hills, CA 90212 |
| | Telephone: (877) 534-2590 |
| 8 | Facsimile:  (310) 247-0160 |
| 9 | *Lead Counsel for the Class* |
| 10 | **KEKER & VAN NEST** |
| 11 | SUSAN J. HARRIMAN (SBN 111703) |
| | sharriman@kvn.com |
| 12 | MICHAEL D. CELIO (SBN 197998) |
| | mcelio@kvn.com |
| 13 | LAURIE CARR MIMS (SBN 241584) |
| | lmims@kvn.com |
| 14 | 633 Battery Street |
| | San Francisco, CA 94111 |
| 15 | Telephone: (415) 391-5400 |
| 16 | Facsimile: (415) 397-7188 |
| | E-mail: mcelio@kvn.com |
| 17 | |
| | *Attorneys for Defendants* |
| 18 | |
| | [Additional counsel listed on signature page.] |
| 19 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID BROWNING, individually and on behalf of all others similarly situated, | ) ) ) | CASE NO.: CV 13 - 2209 WHO |
| | ) | <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | STIPULATION EXTENDING TIME TO |
| v. | ) ) | FILE CONSOLIDATED COMPLAINT |
| AMYRIS, INC. and JOHN G. MELO, | ) ) | JUDGE:  Hon. William H. Orrick |
| Defendants. | ) ) ) | |

| STIPULATION EXTENDING TIME TO FILE CONSOLIDATED COMPLAINT | | Case No. CV 13 - 2209 WHO |
|---|---|---|
| DOCS\669354v1 | | |

WHEREAS, Plaintiff David Browning commenced this action by a filing a Complaint on May 15, 2013;

WHEREAS, the Court appointed Lead Plaintiffs and Lead Counsel on August 19, 2013;

WHEREAS, there is no deadline set by the Court or the rules for the filing of a consolidated complaint, but the parties previously entered into a stipulation pursuant to Local Rule 6-1(a) establishing that Defendants have 30 days to file a responsive pleading after lead plaintiff either (a) files an amended or consolidated complaint, or (b) notifies defendants in writing that plaintiff does not intend to file one;

WHEREAS, the parties have met and conferred and agree that Lead Plaintiffs shall file a consolidated complaint on or before October 25, 2013;

WHEREAS, the parties intend to further meet and confer and submit a proposed briefing schedule and proposed hearing date if Defendant intends to move to dismiss.

IT IS THEREFORE STIPULATED AND AGREED, by and between undersigned counsel and subject to approval of the court, that Lead Plaintiff shall file a consolidated complaint on or before October 25, 2013.

DATED: September 4, 2013         MILBERG LLP
                                 DAVID AZAR


                                         */s/ David E. Azar*
                                         DAVID E. AZAR

                                 One California Plaza
                                 300 S. Grand Avenue, Suite 3900
                                 Los Angeles, CA  90071
                                 Telephone: (213) 617-1200
                                 Facsimile: (213) 617-1975
                                 E-mail: dazar@milberg.com

DOCS\669354v1

|   |   |
|---|---|
| 1 | MILBERG LLP |
| 2 | ANDREI V. RADO (pro hac vice) |
|   | One Pennsylvania Plaza, 49th Floor |
|   | New York, NY 10119 |
| 3 | Telephone: (212) 594-5300 |
|   | Facsimile: (212) 868-1229 |
| 4 | E-mail: arado@milberg.com |

1   MILBERG LLP
    ANDREI V. RADO (pro hac vice)
2   One Pennsylvania Plaza, 49th Floor
    New York, NY 10119
3   Telephone: (212) 594-5300
    Facsimile: (212) 868-1229
4   E-mail: arado@milberg.com

5   Counsel for Plaintiff David Browning and Lead
    Counsel for Class

6   BRODSKY & SMITH, LLC
7   EVAN J. SMITH
    9595 Wilshire Blvd., Ste. 900
8   Beverly Hills, CA 90212
9   Telephone: (877) 534-2590
    Facsimile:  (310) 247-0160

10  Counsel for Plaintiff Steven Tsao and Lead
11  Counsel for Class

12
13  DATED: September 4, 2013        KEKER & VAN NEST
                                    LAURIE CARR MIMS

                                    */s/ Laurie Carr Mims*
16                                  LAURIE CARR MIMS

17                                  633 Battery Street
                                    San Francisco, CA 94111
18                                  Telephone: (415) 391-5400
                                    Facsimile: (415) 397-7188
19                                  E-mail: mcelio@kvn.com

20                                  Attorneys for Defendant

21

22      PURSUANT TO STIPULATION IT IS SO ORDERED: Lead Plaintiffs shall file a
23  consolidated complaint on or before October 25, 2013.

24  DATED: September 5, 2013

                                    _____
                                        HON. WILLIAM H. ORRICK
                                    United States District Court for the Northern
                                            District of California

DOCS\669354v1