1
KEKER & VAN NEST LLP
SUSAN J. HARRIMAN - # 111703
2
sharriman@kvn.com
MICHAEL D. CELIO - # 197998
3
mcelio@kvn.com
LAURIE CARR MIMS - # 241584
4
lmims@kvn.com
633 Battery Street
5
San Francisco, CA 94111-1809
Telephone:     415 391 5400
6
Facsimile:     415 397 7188

7
Attorneys for Defendants AMYRIS, INC. and JOHN G. MELO

8
UNITED STATES DISTRICT COURT

9
NORTHERN DISTRICT OF CALIFORNIA

10
SAN FRANCISCO DIVISION

| 11 | DAVID BROWNING, individually and on behalf of all others similarly situated, | Case No. 3:13-CV-02209-WHO |
| 12 | | **STIPULATION AND** |
| | Plaintiff, | **ORDER REGARDING RELATED CASE** |
| 13 | | |
| | v. | Judge:       Hon. William H. Orrick |
| 14 | | |
| | AMYRIS, INC. and JOHN G. MELO, | Date Filed:  May 14, 2013 |
| 15 | | |
| | Defendants. | Trial Date:  None |
| 16 | | |

17
18
19
20
21
22
23
24
25
26
27
28

779608.01

**STIPULATION**

WHEREAS, this action, *Browning v. Amyris, et al.*, Case No. 3:13-CV-2209-WHO (the "Securities Action"), has been assigned to this Court since May 14, 2013;

WHEREAS, a newly-filed action, *Shannon v. Melo, et al.*, Case No. 3:13-CV-3694-EMC filed on August 8, 2013(the "Derivative Action"), has been assigned to a different judge, the Honorable Edward M. Chen, in this District;

WHEREAS, Defendants Amyris, Inc. and John Melo concurrently with this Stipulation have filed an Administrative Motion To Consider Whether Cases Should Be Related ("Administrative Motion");

WHEREAS, for the reasons set forth in the Administrative Motion, the parties to this action, *Browning v. Amyris, et al.*, Case No. 3:13-CV-2209-WHO, agree that it and the newly-filed action, *Shannon v. Melo, et al.*, Case No. 3:13-CV-3694-EMC, are "related cases" within the meaning of Civil Local Rule 3-12 and suggest and jointly request that the Derivative Action be related to the Securities Action;

WHEREAS, this action is the earliest-filed case;

WHEREAS, the parties suggest and jointly request the Derivative Action be related to the Securities Action; and

WHEREAS, the parties suggest and jointly request that the Derivative Action be transferred and reassigned to The Honorable William H. Orrick for all purposes.

IT IS HEREBY STIPULATED AND AGREED that:

1.     This Court should determine that this action, *Browning v. Amyris, et al.*, Case No. 3:13-CV-2209-WHO, and *Shannon v. Melo, et al.*, Case No. 3:13-CV-3694-EMC are related cases under Civil Local Rule 3-12; and

2.     *Shannon v. Melo, et al.*, Case No. 3:13-CV-3694-EMC should be re-assigned to this Court.

SO STIPULATED.

1

STIPULATION AND ORDER REGARDING RELATED CASE
Case No. 3:13-CV-02209-WHO

779608.01

1    DATED:  September 12, 2013                          KEKER & VAN NEST LLP

2

3                                                    By:    /s/ *Michael D. Celio*
                                                            SUSAN J. HARRIMAN
4                                                           MICHAEL D. CELIO
                                                            LAURIE CARR MIMS
5
                                                            Attorneys for Defendants AMYRIS, INC.
6                                                           and JOHN G. MELO

7

8

9    DATED:  September 12, 2013                          MILBERG LLP

10

11                                                   By:    /s/ *David Azar*
                                                            DAVID AZAR
12                                                          One California Plaza
                                                            300 S. Grand Avenue, Suite 3900
13                                                          Los Angeles, CA  90071
                                                            Telephone: (213) 617-1200
14                                                          Facsimile: (213) 617-1975
                                                            E-mail: dazar@milberg.com
15
                                                            Attorneys for Plaintiff David Browning and
16                                                          Lead Counsel for Class

17                                                          BRODSKY & SMITH, LLC
                                                            EVAN J. SMITH
18                                                          9595 Wilshire Blvd., Ste. 900
                                                            Beverly Hills, CA 90212
19                                                          Telephone: (877) 534-2590
                                                            Facsimile:  (310) 247-0160
20
                                                            Attorneys for Plaintiff Steven Tsao and
21                                                          Lead Counsel for Class

22

23

24

25

26

27

28

                                                    2
                            STIPULATION AND ORDER REGARDING RELATED CASE
                                        Case No. 3:13-CV-02209-WHO

779608.01

1

**DECLARATION OF MICHAEL D. CELIO**

2

I, Michael D. Celio am the ECF User whose ID and password are being used to file this

3

Stipulation and [Proposed] Order to Relate Cases.  In compliance with Local Rule 5-1(i)(3), I

4

hereby attest that the concurrence of the filing of this document has been obtained from each of

5

the other signatories indicated by a "conformed" signature (/s/) within this document.

6

7

8                                                         /s/ *Michael D. Celio*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

779608.01

# ORDER

The Court has considered the Administrative Motion to Consider Whether Cases Should Be Related and the above Stipulation, and for good cause appearing therefore, the Court hereby ORDERS as follows:

A.  IT IS ORDERED that the case entitled *Shannon v. Melo, et al.*, Case No. 3:13-CV-3694-EMC is related to *Browning v. Amyris, et al.*, Case No. 3:13-CV-2209-WHO pursuant to Civil Local Rule 3-12.

B.  IT IS FURTHER ORDERED that *Shannon v. Melo, et al.*, Case No. 3:13-CV-3694-EMC is transferred and reassigned to the Honorable William H. Orrick for all purposes.

Pursuant to Local Rule 3-12(f), the Clerk of the Court is directed to notify the parties once the above mentioned case is formally transferred and reassigned to the Honorable William H. Orrick.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   September 13, 2013

_____
THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge

STIPULATION AND ORDER REGARDING RELATED CASE
Case No. 3:13-CV-02209-WHO

779608.01