KEKER & VAN NEST LLP
SUSAN J. HARRIMAN - # 111703
sharriman@kvn.com
MICHAEL D. CELIO - # 197998
mcelio@kvn.com
LAURIE CARR MIMS - # 241584
lmims@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants AMYRIS, INC. and JOHN G. MELO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DAVID BROWNING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMYRIS, INC. and JOHN G. MELO,<br><br>Defendants. | Case No. 3:13-CV-02209-WHO<br><br>**STIPULATION AND ORDER REGARDING CONTINUING CASE MANAGEMENT CONFERENCE AND REGARDING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Judge:       Hon. William H. Orrick<br><br>Date Filed:  May 14, 2013<br><br>Trial Date:  None |
|---|---|

# STIPULATION

WHEREAS, on October 25, 2013, pursuant to the Stipulation and Order dated September 5, 2013 (Doc. No. 25) (hereinafter "Stipulation and Order of September 5"), Lead Plaintiffs filed their Consolidated Complaint in the above-captioned securities class action;

WHEREAS, Defendants Amyris, Inc. and John Melo intend to file a motion to dismiss the Consolidated Complaint;

WHEREAS, consistent with the Stipulation and Order of September 5, the parties have met and conferred regarding a proposed briefing schedule and proposed hearing date for Defendants' motion to dismiss that provides each party with approximately equal extensions for their initial briefs after factoring in the holidays;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, discovery in this action is stayed pending resolution of Defendants' motion to dismiss (*see* 15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, the parties have also met and conferred regarding the timing of the Case Management Conference currently scheduled for November 19 and certain other deadlines (such as submitting the form for the Alternative Dispute Resolution (ADR) program), and believe that the interests of judicial economy and efficiency would be best met by continuing that conference and related deadlines until after the Court has ruled on Defendants' motion to dismiss;

IT IS THEREFORE STIPULATED AND AGREED, by and between undersigned counsel and subject to approval of the Court that:

1. Defendants shall file their motion to dismiss the Consolidated Complaint on or before December 11, 2013;

2. Lead Plaintiffs shall file their opposition to Defendants' motion to dismiss on or before February 7, 2014;

3. Defendants shall file their reply regarding the motion to dismiss within 21 days after the opposition is filed (tentative due date February 28, 2014);

4. The parties request that the Court hold a hearing on Defendants' motion to dismiss on Wednesday, March 19, 2014 at 2:00 p.m. or such later date at the Court's convenience, however, should Lead Plaintiffs file their opposition before the February 7 deadline, the parties shall advise the Court so that it may reset the hearing date accordingly, should it choose to do so;

5. The parties jointly request that the case management conference currently scheduled for November 19, 2013 be taken off calendar and rescheduled once the Court has ruled on Defendants' motion to dismiss, and that other related deadlines including those relating to the Alternative Dispute Resolution (ADR) program also be continued and re-set after the motion to dismiss ruling.

SO STIPULATED.

DATED: November 5, 2013                            KEKER & VAN NEST LLP

                                                   By:   /s/ *Laurie Carr Mims*
                                                         SUSAN J. HARRIMAN
                                                         MICHAEL D. CELIO
                                                         LAURIE CARR MIMS

                                                         Attorneys for Defendants AMYRIS, INC.
                                                         and JOHN G. MELO


DATED: November 5, 2013                            MILBERG LLP

                                                   By:   /s/ *David Azar*
                                                         DAVID AZAR
                                                         One California Plaza
                                                         300 S. Grand Avenue, Suite 3900
                                                         Los Angeles, CA 90071
                                                         Telephone: (213) 617-1200
                                                         Facsimile: (213) 617-1975
                                                         E-mail: dazar@milberg.com

                                                         Attorneys for Plaintiff David Browning and
                                                         Lead Counsel for Class

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                BRODSKY & SMITH, LLC
                EVAN J. SMITH
                9595 Wilshire Blvd., Ste. 900
                Beverly Hills, CA 90212
                Telephone: (877) 534-2590
                Facsimile: (310) 247-0160

                Attorneys for Plaintiff Steven Tsao and
                Lead Counsel for Class

**DECLARATION OF LAURIE CARR MIMS**

I, Laurie Carr Mims am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Relate Cases.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a "conformed" signature (/s/) within this document.

/s/ *Laurie Carr Mims*

# **ORDER**

The Court has considered the above Stipulation, and for good cause appearing therefore, hereby ORDERS as follows:

1. Defendants shall file their motion to dismiss the Consolidated Complaint on or before December 11, 2013;

2. Lead Plaintiffs shall file their opposition to Defendants' motion to dismiss on or before February 7, 2014;

3. Defendants shall file their reply regarding the motion to dismiss within 21 days after the opposition is filed (tentative due date February 28, 2014);

4. The hearing on Defendants' motion to dismiss shall be held on Wednesday, March 19, 2014 at 2:00 p.m., however, should Lead Plaintiffs file their opposition before the February 7 deadline, the parties shall advise the Court so that it may reset the hearing date accordingly, should it choose to do so;

5. The case management conference currently scheduled for November 19, 2013 shall be taken off calendar and rescheduled once this Court has ruled on Defendants' motion to dismiss, and other related deadlines including those relating to the Alternative Dispute Resolution (ADR) program shall also be continued and re-set after the motion to dismiss ruling.
.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 6, 2013

THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge