**MILBERG LLP**
DAVID AZAR (SBN 218319)
dazar@milberg.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

**BRODSKY & SMITH, LLC**
EVAN J. SMITH (SBN 242352)
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile:  (310) 247-0160

*Lead Counsel for the Class*

**KEKER & VAN NEST LLP**
MICHAEL D. CELIO (SBN 197998)
mcelio@kvn.com
LAURIE CARR MIMS (SBN 241584)
lmims@kvn.com
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Attorneys for Defendants*

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BROWNING, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMYRIS, INC. and JOHN G. MELO, <br><br> Defendants. | CASE NO.: CV 13 - 2209 WHO <br><br> <u>CLASS ACTION</u> <br><br> AMENDED STIPULATION DISMISSING LEAD PLAINTIFFS' COMPLAINT AGAINST AMYRIS, INC. AND JOHN G. MELO <br><br> JUDGE:  Hon. William H. Orrick |

1  WHEREAS, Plaintiff David Browning commenced this action by a filing a Complaint on May 15, 2013;

WHEREAS, the Court appointed Plaintiffs David Browning and Steven Tsao as Lead Plaintiffs on August 19, 2013;

WHEREAS, Lead Plaintiffs filed their Consolidated Complaint on October 25, 2013;

WHEREAS, Defendants Filed a Motion to Dismiss the Consolidated Complaint on December 11, 2013;

WHEREAS, the Court granted Defendants' Motion to Dismiss the Consolidated Complaint with leave to amend on March 24, 2014;

WHEREAS, Lead Plaintiffs have chosen not to replead or amend their complaint;

IT IS THEREFORE STIPULATED AND AGREED, by and between undersigned counsel and subject to approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action, and each claim asserted therein against all Defendants, i.e., Amyris, Inc., and John G. Melo, should be and hereby is dismissed (i) with prejudice only as to Lead Plaintiffs David Browning and Steven Tsao, and (ii) without prejudice as to the putative class, with each party to bear its own costs, fees and expenses, including attorneys' fees.

DATED: June 11, 2014,                **MILBERG LLP**

*/s/ David E. Azar*
DAVID E. AZAR

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
E-mail: dazar@milberg.com

**MILBERG LLP**
ANDREI V. RADO (pro hac vice)
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
E-mail: arado@milberg.com

*Counsel for Plaintiff David Browning and Lead Counsel for Class*

**BRODSKY & SMITH, LLC**
EVAN J. SMITH
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile:  (310) 247-0160

*Lead Counsel for Class*

DATED: June 11, 2014                    KEKER & VAN NEST


                                         */s/ Michael D. Celio*
                                        MICHAEL D. CELIO

LAURIE CARR MIMS
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
E-mail: mcelio@kvn.com

*Attorneys for Defendant*

Filling party attests that all other parties on whose behalf the filing is submitted concur in the filing's content.

\*     \*     \*

PURSUANT TO STIPULATION IT IS SO ORDERED: The above-captioned action is voluntarily dismissed as to all Defendants, i.e., Amyris, Inc., and John G. Melo, (i) with prejudice only as to Lead Plaintiffs David Browning and Steven Tsao, and (ii) without prejudice as to the putative class pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, fees, and expenses, including attorneys' fees.

DATED: June 12, 2014



HON. WILLIAM H. ORRICK
United States District Court for the Northern
District of California